FORM E 5.
(6/90)

**FORM 5.   INVOLUNTARY PETITION**

| United States Bankruptcy Court | **INVOLUNTARY PETITION** |
|---|---|
| Northern District of Illinois | |

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden, and trade names.) |
|---|---|
| Millennium Graphics, Inc. | **04-15996** |
| Last four digits of Soc. Sec. No./Complete Tax I.D. No. | |

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 3453 West Commercial Avenue, Northbrook, Illinois 60062 | |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: Cook | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[✓] Chapter 7     [ ] Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

Petitioners believe:
- [ ] Debts are primarily consumer debts
- [✓] Debts are primarily business debts (complete sections A and B)

TYPE OF DEBTOR
- [ ] Individual     [ ] Corporation Publicly Held
- [ ] Partnership    [✓] Corporation Not Publicly Held
- [ ] Other: _____

A. TYPE OF BUSINESS (Check one)
- [ ] Professional
- [✓] Retail/Wholesale
- [ ] Railroad
- [ ] Transportation
- [ ] Manufacturing/Mining
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Construction
- [ ] Real Estate
- [ ] Other

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

Graphics / Printing

**VENUE**

[✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

1. [✓] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. [✓] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a [✓] The debtor is generally not paying such debtor's debts as they become due, such debts are the subject of a bona fide dispute;
   or
 b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than a receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 04/22/2004
Time: 16:41:47
Debtor: MILLENNIUM GRAPHICS, IN
Case: 04-15996    Fee : 209
Chapter: 7    Rec. # : 3076757
Judge: John Squires
341 mtg: 06/09/2004 @ 02:30PM
Trustee: JOSEPH BALDI

1:04BK15996-BK001

FORM 5 Involuntary Petition
(6/92)

Name of Debtor __Millennium Graphics, Inc.__

Case No. _____
(court use only)

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _CP_ [signature]
Signature of Petitioner or Representative (State title)
Setpoint Graphics, Inc.
Name of Petitioner    Date Signed: 4/19/04
Name & Mailing Address of Individual Signing in Representative Capacity: Clifford Primer, 3012 Commercial Ave., Northbrook, IL 60062

x [signature] 4/22/04
Signature of Attorney    Date
Jeffrey B. Rose / Tishler & Wald, Ltd.
Name of Attorney Firm (If any)
200 South Wacker Drive, Suite 3000, Chicago, Illinois 60606
Address
(312) 876-3800
Telephone No.

x _JO_
Signature of Petitioner or Representative (State title)
Brilliant Color Corporation
Name of Petitioner    Date Signed: 4/19/04
Name & Mailing Address of Individual Signing in Representative Capacity: James Ozga, 14044 W. Petronella Dr., Libertyville, IL 60048 — President

x _____
Signature of Attorney    Date
Name of Attorney Firm (If any)
Address
Telephone No.

x _JM_
Signature of Petitioner or Representative (State title)
Toyo Ink America, LLC
Name of Petitioner    Date Signed
Name & Mailing Address of Individual Signing in Representative Capacity: Jim McNeil, 710 W. Belden, Addison, Illinois 60101

x _____
Signature of Attorney    Date
Name of Attorney Firm (If any)
Address
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Setpoint Graphics, Inc., 3012 Commercial Avenue, Northbrook, Illinois 60062 | Product sold to Debtor | $13,766.65 |
| Brilliant Color Corporation, 14044 West Petronella Drive, Libertyville, Illinois 60048 | Product sold to Debtor | $34,227.00 |
| Toyo Ink America, LLC, 710 West Belden, Addison, Illinois 60101 | Product sold to Debtor | $26,105.17 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_2_ continuation sheets attached

FORM 5 Involuntary Petition
(6/90)

Name of Debtor: Millennium Graphics, Inc.

Case No. _____
(court use only)

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _CP_
Signature of Petitioner or Representative (State title)
Setpoint Graphics, Inc.

Name of Petitioner                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Clifford Primer, 3012 Commercial Ave., Northbrook, IL 60062

x _____
Signature of Attorney                Date
Jeffrey B. Rose / Tishler & Wald, Ltd.

Name of Attorney Firm (If any)
200 South Wacker Drive, Suite 3000, Chicago, Illinois 60606

Address  (312) 876-3800

Telephone No.

---

x _JO_
Signature of Petitioner or Representative (State title)
Brilliant Color Corporation

Name of Petitioner                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: James Ozga, 14044 W. Petronella Dr., Libertyville, IL 60048

x _____
Signature of Attorney                Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

x _JM_ _James McNeill_
Signature of Petitioner or Representative (State title)
Toyo Ink America, LLC

Name of Petitioner    Date Signed
JAmes F. MAcNeill

Name & Mailing Address of Individual: Jim McNeill, 710 W. Belden, Addison, Illinois 60101

Signing in Representative Capacity: Vice President

x _____
Signature of Attorney                Date

Name of Attorney Firm (If any)

Address

Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Setpoint Graphics, Inc., 3012 Commercial Avenue, Northbrook, Illinois 60062 | Product sold to Debtor | $13,766.65 |
| Brilliant Color Corporation, 14044 West Petronella Drive, Libertyville, Illinois 60048 | Product sold to Debtor | $34,227.00 |
| Toyo Ink America, LLC, 710 West Belden, Addison, Illinois 60101 | Product sold to Debtor | $26,105.17 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_2_ continuation sheets attached

FORM 5 Involuntary Petition
(6/92)

Name of Debtor __Millennium Graphics, Inc.__

Case No. _____
(court use only)

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_
Signature of Petitioner or Representative (State title)
Grey Fox Messenger Service     4/19/04
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Stan Lewndowski, 52 S. Meyer Ct., Des Plaines, IL 60016

X _____
Signature of Attorney          Date
Name of Attorney Firm (If any)
Address
Telephone No.

---

X _SH_
Signature of Petitioner or Representative (State title)
Metro Messenger Service
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: Scott Herigodt, 4340 Cross St., Downers Grove, IL 60515

X _____
Signature of Attorney          Date
Name of Attorney Firm (If any)
Address
Telephone No.

---

X _[signature]_
Signature of Petitioner or Representative (State title)
                            4/19/04
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney          Date
Name of Attorney Firm (If any)
Address
Telephone No.

| PETITIONING CREDITORS |||
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Grey Fox Messenger Service, 52 S. Meyer Ct., Des Plaines, IL 60016 | Services provided to Debtor | $2,944.50 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Metro Messenger Service, 4340 Cross St., Downers Grove, IL 60515 | Services provided to Debtor | $1,200.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $78,243.32 |

_2_ continuation sheets attached