IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN BANKRUPTCY |
| | ) | |
| MILLENNIUM GRAPHICS, INC., | ) | Case No. 04 B 15996 |
| | ) | |
| Debtors. | ) | Judge John H. Squires |

## FINAL REPORT CHECKLIST

**THE FOLLOWING ITEMS ARE INCLUDED IN THE TRUSTEE'S FINAL REPORT PACKAGE:**

| | | |
|---|---|---|
| 1. | Trustee's Final Report with all exhibits attached | Y |
| 2. | All pending professionals' applications for compensation if not included in Final Report | Y |
| 3. | All disbursement orders. | Y |
| 4. | Cumulative 180 day report through date of Final Report if not part of Final Report. | Y |
| 5. | Notice of Final Hearing. | Y |

DATE: 12-06-06

/s/ Daniel Hoseman
TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                              )      CHAPTER 7 CASE
                                    )
MILLENNIUM GRAPHICS, INC.           )      CASE NO.   04-15996
                                    )
                                    )
                    Debtor(s)       )      HON.  JOHN H.  SQUIRES

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE _JOHN H. SQUIRES_____
      UNITED STATES BANKRUPTCY JUDGE

      NOW COMES _Daniel Hoseman_____, Trustee herein, and respectfully

submits to the Court and to the United States Trustee his/her Final Report in accordance with 11

U.S.C. §704(9).

1.      The Petition commencing this case was filed on _4-22-04__, 19_____. An order for relief

under Chapter 7 was entered on _5-17-04_19__ (delete if inapplicable). _Daniel Hoseman_ was

appointed Trustee on _5-17-04_____, 19_____. The Trustee's bond in this case is included as

part of the Trustee's blanket bond coverage (or if not, so indicate and state bond coverage).

2.      The Trustee certifies that he/she has concluded the administration of this estate and has

performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of

the estate have either been converted to cash, disposed of under orders of this Court, or are sought

to be abandoned by the Trustee; there is no other property belonging to the estate; there are no

matters pending or undetermined; claims have been reviewed; and all claim objections have been

resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose

the Debtor(s) discharge. (Delete if corporate case). The Trustee certifies that this estate is ready to

be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.      The disposition of estate property is set forth in Exhibit B.  The scheduled value of property abandoned is $102,125.12.  The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the Trustee's Final Report as of 3-15-06 is as follows:

|   |   |   |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $95,528.48 |
| b. | DISBURSEMENTS (See Exhibit C) | $25,991.02 |
| c. | NET CASH available for distribution | $69,537.46 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | |

|   |   |
|---|---|
| 1. Trustee compensation requested | $1,986.09 |
| 2. Trustee Expenses (See Exhibit E) | $    80.09 |
| 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $12,224.44 |

5.      The Bar Date for filing unsecured claims expired on 12-8-04.  (If applicable, "The DIP report was filed on _____.)  The Bar Date for filing DIP claims expired on _____.

6.      All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee.  (See Exhibit D)  The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |
|---|---|---|
| a. | Allowed unpaid secured claims | $       0.00 |
| b. | Chapter 7 administrative and 28 U.S.C. §1930 claims | $ 14,290.62 |
| c. | Allowed Chapter 11 administrative claims | $       0.00 |
| d. | Allowed priority claims | $       0.00 |
| e. | Allowed unsecured claims | $377,384.64 |

7.    Trustee proposes that unsecured creditors receive a distribution 14.63939% of allowed claims.

8.    Total compensation previously awarded to Trustee's counsel, accountant or other professional was $8,285.65.    Trustee's attorney's, accountant's, or other professional's compensation requested but not yet allowed is $12,145.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $20,510.09.

9.    A fee of $12,500.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.    (If applicable, "Chapter 11 professionals' fees and expenses were allowed and/or paid pursuant to Court order(s) as follows:").

(Alt. 9.)  A fee of _____ was paid to a bankruptcy petition preparer for services rendered in connection with this case, and no basis appears to request an examination of these fees pursuant to 11 U.S.C. §110(h)(3).

milfra2/kz/1-31-07

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: __12-6-06__

__/s/ Daniel Hoseman__
SIGNATURE

__Daniel Hoseman__
TRUSTEE NAME

__P.O. Box 279 Highland Park, IL 60035__
ADDRESS

## TASKS PERFORMED BY TRUSTEE

DESCRIBE TASKS PERFORMED AND RESULTS ACHIEVED.

MAJOR TASKS ARE SUMMARIZED IN PARAGRAPH FORM BELOW.

A. ASSIGNMENT,INVESTIGATION AND EXAM: 6.8 Hours

Received assignment of involuntary bankruptcy from the U.S.Trustee following the entry of an Order for Relief and opened a file(.4) Interviewed the attorney for the petitioning creditors, attorney for debtor, and debtor's banker and requested various documents from each. (3.7). Presided at two sessions of 341 Meetings plus held a lengthy exam off-premises(2.8)

B. GENERAL TRUSTEE DUTIES AND BANKING   21.4 Hours

Order to redirect mail(.2). Timely filed all dtailed required reports with the office of the U.S.Trustee(2.2).Opened checking and money market accounts, obtained printed checks as required, did all of the necessary banking, reconciled and signed both bank statements each month as required, purchase a CD to cover the closing period(4.6). Called the attorney for Debtor for additional documents and information on several occasions(3.3). Also called the former principal on several occasions seeking information and assistance(2.8). Collected debtor's bank account(.5). Prepared Final Report with all required exhibits(4.2). Will distribute funds to almost 50 creditors after final hearing and prepare and file Final Account(est.4.6).

C. COLLECTION OF ACCOUNTS RECEIVABLE   27.1 Hours

Received and reviewed a print-out of all A/R together with the back-up documents(3.7). Wrote letters on all receivables and received only a few modest checks and numerous complaints of various nature(5.4). Decided to personally call on the accounts and received more complaints, but several substantial checks(7.8). Determined that some complaints were justified(cancelled checks,etc.) and some items too small to

EXHIBIT A

pursue, hired special collection counsel to pursue substantial state
court collection case commenced prior to bankruptcy(3.3). Worked with
special counsel and staff including obtaining all court documents and
correspondence both before and after the bankruptcy filing(6.9). This
case resulted in a recovery of $35000.00 for this estate.

D. OTHER COLLECTIONS    5.5 Hours

In addition to the A/R turned over by debtor, collected two insurance
refunds from Zurich and one from GE and one small credit balance from
Citibank(1.1). Investigation of various 401(k) accounts, life insurance
policies, and other potential recoveries result in determination of no
interest for estate(4.4).

E. OTHER MATTERS    11.6 Hours

An accounting firm was retained to prepare state and federal income tax
returns and trustee has timely filed the returns for 2004 and 2005 after
working with the accountants(4.2). A proper trustee bond has been main-
tained at all times(.40). Received and reviewed several hundred pieces
of mail forwared bu the U.S.Post Office pursuant to Order of court,some
of which were extremely helpful(app.5.0). Preparation of time records(2.0)

---

Total   72.5 Hours

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property & Disposition (List category of scheduled property, a brief description, scheduled value and disposition. If abandoned, explain why & give date of court order) | Amount Realized |
|---|---|
| 1. Bank Account (15000.) | 34198.28 |
| 2. Accounts Rec. (151202.56) | 50866.26 |

At the Final Hearing, trustee seeks leave to abandon cubicles previously abandonedby debtor(1000.), small items of equipment previously abandoned by debtor(0) and the balance of the uncollected accounts receivable.

| Unscheduled Property (Describe property, state circumstances of discovery and disposition) | |
|---|---|
| 1. Interest earned by trustee | 4132.49 ~~2890.67~~ |
| 2. Insurance refunds | 789.36 |
| 3. WC refund | 5503.06 |
| 4. Citibank credit | 39.03 |

| | |
|---|---|
| TOTAL RECEIPTS | 95528.48 ~~94286.00~~ |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | 102125.12 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | -0- |

EXHIBIT B

# FORM 2

# CASH RECEIPTS AND DISBURSEMENT RECORD

EXHIBIT C

C1

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.                04-15996
Case Name:              Millennium Graphics
Taxpayer ID #:          36-4192948
For Period Ending:

Trustee Name:                          D. Hoseman
Bank Name:                             LaSalle
Checking Acct. #:                      5800683970
Blanket bond (per case limit):         5 mil
Separate bond (if applicable):

| Transaction Date | Check or Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 6-24-04 | E | Zurich | insurance refund | 1229-00x | 381.36 | | 381.36 |
| 7-19-04 | F | GE Insur. | WC insurance refund | 1229-00x | 5503.06 | | 5884.42 |
| 8-16-04 | E | Zurich | insurance refund | 1229-00x | 408.00 | | 6292.42 |
| 8-23-04 | H | Citibank | credit balance | 1229-00x | 39.03 | | 6321.45 |
| 9-13-04 | B | Studiocolor | AR | 1121-00x | 747.00 | | 7078.45 |
| 9-21-04 | B | Motion Ind. | AR | 1121-00x | 41.82 | | 7120.27 |
| 3-22-05 | 1001 | Int.Surities | trustee bond | 2300-00x | 52.00 | | 7068.27 |
| 4-7-05 | | TRANSFER FROM MONEY MARKET | | 9999-000 | 5000.00(T) | | 12058.27 |
| 4-8-05 | 1002 | Chill&Radtke | attorneys fees o/c | 3210-00x | | 5780.00 | 6288.27 |
| 4-8-05 | 1003 | D.Hoseman | trustee fees o/c | 2100-00x | | 6040.37 | 247.90 |
| 11-22-05 | | TRNSFER FROM MONEY MARKET | | 9999-000 | 14000.00(T) | | 14247.90 |
| 11-23-05 | 1004 | ChaetKaplan | atty fees o/c | 3210-00x | | 8750.00 | 5497.90 |
| 11-23-05 | 1005 | A.Schlack | collection fee o/c | 2500-00x | | 2800.00 | 2697.90 |
| 12-8-05 | 1006 | CBIZ acc't | accounting fees o/c | 3410-00x | | 2505.65 | 192.25 |
| 12-16-05 | B | CRKB | AR | 1121-00x | 700.80 | | 893.05 |
| 2-22-06 | 1007 | Int Sureties | trustee bond | 2300-00x | | 63.00 | 830.05 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

COLUMN TOTALS
    Less: Bank transfers/CDs
Subtotal
    Less: Payments to debtors
Net

M1

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.          04-15996
Case Name:        Millennium Graphics
Taxpayer ID #:    36-4192948
For Period Ending:

Trustee Name:                   D. Hoseman
Bank Name:                      LaSalle
Savings Acct. #                 8603339295
Blanket bond (per case limit):  5 mil
Separate bond (if applicable):

| 1 Transaction Date | 2 Check or Ref. # | 3 Paid to/ Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposit $ | 6 Disbursement $ | 7 Savings Account Balance |
|---|---|---|---|---|---|---|---|
| 6-24-04 | A | Private Bk | bank account | 1229-00x | 34198.28 | | 34198.28 |
| 6-30-04 | G | LaSalle | interest | 1270-00x | 2.52 | | 34200.80 |
| 7-31-04 | G | " | " | 1270-00x | 13.04 | | 34213.84 |
| 8-31-04 | G | " | " | 1270-00x | 13.04 | | 34226.88 |
| 9-30-04 | G | " | " | 1270-00x | 12.62 | | 34239.50 |
| 10-31-04 | G | " | " | 1270-00x | 13.05 | | 34252.55 |
| 11-30-04 | G | " | " | 1270-00x | 13.85 | | 34266.40 |
| 12-31-04 | G | " | " | 1270-00x | 18.12 | | 34284.52 |
| 1-4-05 | B | Nissan | AR | 1121-00x | 24.64 | | 34309.16 |
| 1-4-05 | B | Grace Gr. | AR | 1121-00x | 7000.00 | | 41309.16 |
| 1-10-05 | B | Graph Gr. | AR | 1121-00x | 7352.00 | | 48661.16 |
| 1-31-05 | G | LaSalle | interest | 1270-00x | 25.98 | | 48687.14 |
| 2-28-05 | G | " | " | 1270-00x | 28.55 | | 48715.69 |
| 3-31-05 | G | " | " | 1270-00x | 35.17 | | 48750.86 |
| 4-7-05 | | TRANSFER TO CHECKING | | 9999-00x | | 5000.00(T) | 43750.86 |
| 4-30-05 | G | LaSalle | interest | 1270-00x | 31.26 | | 43782.12 |
| 5-31-05 | G | " | " | 1270-00x | 32.81 | | 43814.92 |
| 6-30-05 | G | " | " | 1270-00x | 33.79 | | 43848.72 |
| 7-31-05 | G | " | " | 1270-00x | 37.24 | | 43885.96 |
| 8-18-05 | B | PAL | AR | 1121-00x | 35000.00 | | 78885.96 |
| 8-31-05 | G | LaSalle | interest | 1270-00x | 65.63 | | 78951.59 |

COLUMN TOTALS                                    x 34284.52
  Less: Bank transfers/CDs
Subtotal
  Less: Payments to debtors
Net

M2

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.                04-15996
Case Name:
Taxpayer ID #:
For Period Ending:

Trustee Name:
Bank Name:
Savings Acct. #
Blanket bond (per case limit):
Separate bond (if applicable):

| 1 Transaction Date | 2 Check or Ref. # | 3 Paid to/ Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposit $ | 6 Disbursement $ | 7 Savings Account Balance |
|---|---|---|---|---|---|---|---|
| 9-30-05 | G | LaSalle | interest | 1270-00x | 104.15 | | 79055.74 |
| 10-31-05 | G | " | " | 1270-00x | 113.47 | | 79169.21 |
| 11-22-05 | | TRANSFER TO CHECKING | | 9999-00x | | 14000.00(T) | 65169.21 |
| 11-30-05 | G | LaSalle | interest | 1270-00x | 107.22 | | 65276.43 |
| 12-31-05 | G | " | " | 1270-00x | 97.99 | | 65374.42 |
| 1-31-06 | G | " | " | 1270-00x | 99.39 | | 65473.81 |
| 2-16-06 | G | " | " | 1270-00x | 48-67 | | 65522.48 |
| 2-16-06 | | TRANSFER TO PURCHASE CD | | 9999-000 | | 65522.48(T) | -0- |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

COLUMN TOTALS      ~~84337.42~~    ~~19000.00~~

                                 84522.48     84522.48

Less: Bank transfers/CDs
Subtotal
    Less: Payments to debtors
Net                            -0-

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No. _04-155996_
Case Name: _MILLENNIUM GRAPHICS_
Taxpayer ID #: _36-4192948_
For Period Ending: _____

Trustee Name: _Daniel Hoseman_
Bank Name: _LaSalle_
Initial CD #: _4804436485_
Blanket bond (per case limit): _5 mil_
Separate bond (if applicable): _____

| 1 Transaction Date | 2 Check or Ref. # | 3 Paid to/ Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposit $ | 6 Disbursement $ | 7 Certificate of Deposit Balance |
|---|---|---|---|---|---|---|---|
| 2-16-06 | | TRANSFER FROM SAVINGS | TO BUY CD | 9999-000 | 65522.48 (T) | | 65522.48 |
| 10-16-06 | G | LaSalle | interest | 1270-00x | 1943.11 | | 67465.59 |
| 3-16-07 | G | .. | .. | 1270-00x | 1241.82 | | 68707.41 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

COLUMN TOTALS
Less: Bank transfers/CDs
Subtotal
Less: Payments to debtors
Net

TOTAL - ALL ACCOUNTS

Checking #
Savings #
CD #

NET DEPOSITS    NET DISBURSEMENTS    ACCOUNT BALANCES

(Excludes account transfers)    (Excludes payments to debtors)    Total Funds on Hand

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN BANKRUPTCY |
| | ) | |
| MILLENNIUM GRAPHICS, INC., | ) | Case No. 04 B 15996 |
| | ) | |
| Debtors. | ) | Judge John H. Squires |

## PROPOSED DISTRIBUTION REPORT

I, DANIEL HOSEMAN, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review, I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $14,290.62 |
| Chapter 11 Administrative Expenses: | $0 |
| Priority Claims (507)(a)(3)-(a)(6): | $0 |
| Secured Tax Liens: | $0 |
| Priority Tax Claims | $0 |
| General Unsecured Claims: | $55,246.84 |
| Other: | $0 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$69,537.46** |

EXHIBIT "D"

## DISTRIBUTION REPORT

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fee pursuant to 28 U.S.C. 1930(6)) | $14,290.62 | 100% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 0 | DANIEL HOSEMAN, TRUSTEE 77 W. Washington Street Suite 1220 Chicago, IL 60602 | $2,066.18 | $2,066.18 |
| 0 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, PC 79 W. Monroe Street, #1305 Chicago, IL 60603 | $8,129.44 | $8,129.44 |
| 0 | CBIZ Accounting, Tax & Advisory Services One South Wacker Dr. #1800 Chicago, IL 60606 | $4,095.00 | $4,095.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | NONE | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

## DISTRIBUTION REPORT

| 3.  TYPE OF CLAIMS | TOTAL<br>AMOUNT OF CLAIMS | FINAL<br>DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap Claims arising in involuntary<br>cases and allowed pursuant to §502(f) | NONE | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF<br>ALLOWED CLAIM | AMOUNT OF<br>DIVIDEND |
|---|---|---|---|

| 4.  TYPE OF CLAIMS | TOTAL<br>AMOUNT OF CLAIMS | FINAL<br>DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages,<br>salaries or commissions<br>limited to $2,000 | NONE | |

| NUMBER | CREDITOR | FICA & MED<br>WITHHELD<br>(7.65%) | FED. TAX<br>WITHHELD<br>(28.0%) | IL TAX<br>WITHHELD<br>(3.0%) | NET<br>CHECK |
|---|---|---|---|---|---|

| 5.  TYPE OF CLAIMS | TOTAL<br>AMOUNT OF CLAIMS | FINAL<br>DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions<br>to Employee Benefit Plans | NONE | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF<br>ALLOWED CLAIM | AMOUNT OF<br>DIVIDEND |
|---|---|---|---|

| 6.  TYPE OF CLAIMS | TOTAL<br>AMOUNT OF CLAIMS | FINAL<br>DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans'<br>claims to the extent of $2,000 | NONE | |

DISTRIBUTION REPORT                                              PAGE 3 of 10

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 7.  TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $1,800 | | NONE | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 8.  TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(7) - Alimony, Maintenance or Support | | | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 9.  TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §724(b)Tax Liens §507(a)(8) - Tax claims excluding fines and penalties | | None | 0% |

## DISTRIBUTION REPORT

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Capital Commitments to FDIC, et al. | NONE | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full | $377,384.64 | 14.63939% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 00001 | Montgomery Ward LLC c/o ASK Financial 2600 Eagan Wood Dr; Ste. 220 Eagan, MN 55121 | $100,000.00 | $14,639.39 |
| 00002 | A.B. Dick Company 7400 Caldwell Ave Niles, IL 60714 | $4,950.81 | $724.77 |

**DISTRIBUTION REPORT**

| 00003 | Standard Cartage Company<br>2400 S. 27th Avenue<br>Broadview, IL 60155 | $700.00 | $102.48 |
|---|---|---|---|
| 00004 | Champion Transportation Srvs.<br>200 Champion Way<br>Northlake, IL 60164 | $1,896.68 | $277.66 |
| 00005 | Professional Graphics<br>4404 Boeing Drive<br>Rockford, IL 61109 | $796.00 | $116.53 |
| 00006 | Service Envelop Corp.<br>1925 Holste<br>Northbrook, IL 60062 | $2,218.34 | $324.75 |
| 00007 | Toyo Ink America<br>PO Box 94006<br>Chicago, IL 60690 | $26,105.17 | $3,821.64 |
| 00008 | Intra Cut Diecutting<br>5559 N. Northwest Highway<br>Chicago, IL 60630 | $4,778.14 | $699.49 |
| 00009 | Platinum Converting<br>263 Richert Road<br>Wood Dale, IL 60191 | $8,175.00 | $1,196.77 |
| 00010 | Uline<br>2200 S. Lakeside Drive<br>Waukeegan, IL 60085 | $2,092.93 | $306.39 |
| 00011 | Case Paper Co., Inc.<br>900 W. 45th Street<br>Chicago, IL 60609 | $2,544.08 | $372.44 |
| 0012 | Quality Fold, Ltd.<br>1560 Howard Street<br>Elk Grove Village, IL 60007 | $600.00 | $87.84 |
| 00013 | Master-Brew Beverages, Inc.<br>PO Box 1508<br>Northbrook, IL 60065-1508 | $158.25 | $23.16 |

**DISTRIBUTION REPORT**

| | | | |
|---|---|---|---|
| 00014 | Kohl & Madden Printing Inck<br>Sun Chemical<br>222 Bridge Plaza South<br>Fort Lee, NJ 07024 | $1,385.44 | $202.81 |
| 00015 | Graphic Registration Sys.<br>309 Cary Point Dr., Unit C<br>Cary, IL 60013-2974 | $1,147.01 | $167.91 |
| 00016 | TriComm Business Products<br>1604 Barclay Blvd.<br>Buffalo Grove, IL 60089 | $365.27 | $53.47 |
| 00017 | Tompkins Printing Equipment<br>5050 N. Rose Street<br>Schiller Park, IL 60176 | $5,710.50 | $835.98 |
| 00018 | Creative Lithocraft<br>1730 Wright Blvd.<br>Schaumburg, IL 60193 | $1,235.85 | $180.92 |
| 00019 | Pro-Line Door Systems<br>716 N. Edgewood Ave.<br>Wood Dale, IL 60191 | $1,936.42 | $283.48 |
| 00020 | Sabin Robbins Paper Co.<br>PO Box 630243<br>Cinncinnati, OH 45263 | $24,561.58 | $3,595.66 |
| 00021 | Industrial Towel & Uniform<br>2700 South 160th Street<br>New Berlin, WI 53151 | $1,366.49 | $200.04 |
| 00022 | Lindenmeyr Munroe<br>PO Box 99922<br>Chicago, IL 60696-7722 | $4,525.60 | $662.52 |
| 00023 | Bottcher America Corp.<br>PO Box 79594<br>Baltimore, MD 21279-0594 | $1,029.27 | $150.67 |
| 00024 | Rickard Circular Folding Co.<br>325 N. Ashland Ave.<br>Chicago, IL 60607 | $1,818.87 | $266.27 |

DISTRIBUTION REPORT

| | | | |
|---|---|---|---|
| 00025 | Allegiance Telecom, Inc.<br>PO Box 650226<br>Dallas, TX 75265-0226 | $3,521.23 | $515.48 |
| 00026 | EMCO Chemical Distributors<br>Attn: Marty Locks<br>PO Box 1030<br>North Chicago, IL 60064-1030 | $170.00 | $24.88 |
| 00027 | Graphic Ink Systems, Inc.<br>PO Box 218<br>Bristol, WI 53104 | $421.74 | $61.75 |
| 00028 | Accu-Chem, Inc.<br>901 Greenleaf Ave.<br>Elk Grove Village, IL 60007 | $265.55 | $38.88 |
| 00030 | Environmental Specialties Inc.<br>1621 West Carrol<br>Chicago, IL 60612 | $5,244.60 | $767.78 |
| 00031 | Gaw-O'hara Envelope Co.<br>500 N. Sacramento Blvd.<br>Chicago, IL 60612 | $578.35 | $84.67 |
| 00032 | Olympic Bindery<br>568 Spring Road, #B<br>Elmhurst, IL 60126 | $9,097.96 | $1,331.89 |
| 00033 | Midland Paper Co.<br>1140 Paysphere Circle<br>Chicago, IL 60674 | $37,785.18 | $5,531.52 |
| 00034 | Letterhead Press, Inc.<br>16800 W. Ryerson Road<br>New Berlin, WI 53151 | $19,765.60 | $2,893.57 |
| 00035 | JM&M Services, Inc.<br>371 Meyer Road<br>Bensenville, IL 60106 | $2,185.30 | $319.92 |
| 00036 | Delta Press, Inc.<br>3550 N. Lombard<br>Franklin Park, IL 60131 | $3,487.00 | $510.48 |

DISTRIBUTION REPORT

| | | | |
|---|---|---|---|
| 00037 | Waste Management RMC<br>2421 W. Peoria Ave.<br>Phoenix, AZ 85029 | $1,356.10 | $198.53 |
| 00038 | R H Donnelley<br>5000 College Blvd.<br>Ste. 201<br>Overland Park, KS 66211 | $784.17 | $114.80 |
| 00039 | Enovations Graphics Sys.<br>123 West Airport Rd.<br>Attn: Bonnie Frommeyer<br>Lititz, PA 17543 | $15,253.44 | $2,233.02 |
| 00040 | Class Transportation<br>PO Box 323<br>Plainfield, IL 60544 | $265.33 | $38.85 |
| 00041 | Service Web Offset Corp.<br>2500 South Dearborn St.<br>Chicago, IL 60657 | $21,167.24 | $3,098.76 |
| 00042 | Grey Fox Metro Express<br>52 S. Meyer Ct.<br>Des Plaines, IL 60016 | $7,944.50 | $1,163.03 |
| 00043 | Brilliant Color Corp.<br>14047 Petronella Dr.<br>No. 202B<br>Libertyville, IL 60048 | $34,227.00 | $5,010.63 |
| 00044 | Setpoint Graphics, Inc.<br>c/o Jeffrey B. Rose<br>Tishler & Wald Ltd.<br>200 S. Wacker; #2600<br>Chicago, IL 60606 | $13,766.65 | $2,015.36 |

| 12. TYPE OF CLAIMS | TOTAL<br>AMOUNT OF CLAIMS | FINAL<br>DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $2,124.90 | $0.00 |

## DISTRIBUTION REPORT

| 00045 | Chicago Laminating, Inc.<br>125 Weiler Road<br>Arlington Heights, Il 60005 | $404.60 | $0.00 |
| 00046 | Illinois Manufacturerers<br>1633 Central Street<br>Evanston, IL 60201 | $114.00 | $0.00 |
| 00047 | Schaul's Premium Food Co.<br>7136 W. Touhy Ave.<br>Niles, IL 60714 | $378.22 | $0.00 |
| 00048 | Stanley Fastening<br>480 Myrtle Street<br>New Britain, CT 06053 | $151.08 | $0.00 |
| 00049 | Graphic Registration Sys.<br>309 Cary Point Dr., Unit C<br>Cary, IL 60013-2974 | $1,077.00 | $0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF<br>ALLOWED CLAIM | AMOUNT OF<br>DIVIDEND |
| --- | --- | --- | --- |

| 13. TYPE OF CLAIMS | TOTAL<br>AMOUNT OF CLAIMS | FINAL<br>DIVIDEND% |
| --- | --- | --- |
| §726(a)(4) - Fines/penalties | NONE | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF<br>ALLOWED CLAIM | AMOUNT OF<br>DIVIDEND |
| --- | --- | --- | --- |

| 14. TYPE OF CLAIMS | TOTAL<br>AMOUNT OF CLAIMS | FINAL<br>DIVIDEND% |
| --- | --- | --- |
| §726(a)(5) - Interest | NONE | |

**DISTRIBUTION REPORT**

| CLAIM NUMBER | CREDITOR | ALLOWED CLAIM AMOUNT OF | FINAL DIVIDEND |
|---|---|---|---|

| 15. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | NONE | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

NONE

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:

_____

Trustee