IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN BANKRUPTCY |
| | ) | |
| MILLENNIUM GRAPHICS, INC., | ) | Case No. 04 B 15996 |
| | ) | |
| Debtors. | ) | Judge John H. Squires |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING
ON APPLICATIONS FOR COMPENSATION, AND HEARING
<u>ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE</u>**

To:  See Attached Service List

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: US Bankruptcy Court, 219 S Dearborn, Courtroom 680, Chicago, IL 60604

    On: May 22, 2007                    Time: 10:00 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $95,528.48 |
    | Disbursements | $25,991.02 |
    | Net Cash Available for Distribution | $69,537.46 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| <u>Applicants</u> | Compensation<br><u>Previously Paid</u> | Fees Now<br><u>Requested</u> | <u>Expenses</u> |
|---|---|---|---|
| **Daniel Hoseman, Trustee** | $6,040.37 | $1,986.09 | $80.09 |
| **Steven R. Radtke**<br>    **Attorneys for Trustee** | $5,780.00 | $8,050.00 | $79.44 |
| **CBIZ Accounting, Tax &<br>Advisory Services** | $2,505.65 | $4,095.00 | $0.00 |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid $ | Fees Now Requested $ | Expenses $ |
|---|---|---|---|

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0%.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.   Claims of general unsecured creditors totaling **$377,384.64** have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be **14.63939%.**

Allowed general unsecured claims are as follows:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 00001 | Montgomery Ward LLC<br>c/o ASK Financial<br>2600 Eagan Wood Dr; Ste. 220<br>Eagan, MN 55121 | **$100,000.00** | **$14,639.39** |
| 00002 | A.B. Dick Company<br>7400 Caldwell Ave<br>Niles, IL 60714 | **$4,950.81** | **$724.77** |
| 00003 | Standard Cartage Company<br>2400 S. 27th Avenue<br>Broadview, IL 60155 | **$700.00** | **$102.48** |
| 00004 | Champion Transportation Srvs.<br>200 Champion Way<br>Northlake, IL 60164 | **$1,896.68** | **$277.66** |
| 00005 | Professional Graphics<br>4404 Boeing Drive<br>Rockford, IL 61109 | **$796.00** | **$116.53** |
| 00006 | Service Envelop Corp.<br>1925 Holste<br>Northbrook, IL 60062 | **$2,218.34** | **$324.75** |
| 00007 | Toyo Ink America<br>PO Box 94006 | **$26,105.17** | **$3,821.64** |

|       |                                                                                      |             |            |
|-------|--------------------------------------------------------------------------------------|-------------|------------|
|       | Chicago, IL 60690                                                                    |             |            |
| 00008 | Intra Cut Diecutting<br>5559 N. Northwest Highway<br>Chicago, IL 60630               | **$4,778.14** | **$699.49** |
| 00009 | Platinum Converting<br>263 Richert Road<br>Wood Dale, IL 60191                       | **$8,175.00** | **$1,196.77** |
| 00010 | Uline<br>2200 S. Lakeside Drive<br>Waukeegan, IL 60085                               | **$2,092.93** | **$306.39** |
| 00011 | Case Paper Co., Inc.<br>900 W. 45th Street<br>Chicago, IL 60609                      | **$2,544.08** | **$372.44** |
| 0012  | Quality Fold, Ltd.<br>1560 Howard Street<br>Elk Grove Village, IL 60007              | **$600.00**   | **$87.84**  |
| 00013 | Master-Brew Beverages, Inc.<br>PO Box 1508<br>Northbrook, IL 60065-1508              | **$158.25**   | **$23.16**  |
| 00014 | Kohl & Madden Printing Inck<br>Sun Chemical<br>222 Bridge Plaza South<br>Fort Lee, NJ 07024 | **$1,385.44** | **$202.81** |
| 00015 | Graphic Registration Sys.<br>309 Cary Point Dr., Unit C<br>Cary, IL 60013-2974       | **$1,147.01** | **$167.91** |
| 00016 | TriComm Business Products<br>1604 Barclay Blvd.<br>Buffalo Grove, IL 60089           | **$365.27**   | **$53.47**  |
| 00017 | Tompkins Printing Equipment<br>5050 N. Rose Street<br>Schiller Park, IL 60176        | **$5,710.50** | **$835.98** |
| 00018 | Creative Lithocraft<br>1730 Wright Blvd.<br>Schaumburg, IL 60193                     | **$1,235.85** | **$180.92** |
| 00019 | Pro-Line Door Systems<br>716 N. Edgewood Ave.<br>Wood Dale, IL 60191                 | **$1,936.42** | **$283.48** |

| | | | |
|---|---|---|---|
| 00020 | Sabin Robbins Paper Co.<br>PO Box 630243<br>Cinncinnati, OH 45263 | **$24,561.58** | **$3,595.66** |
| 00021 | Industrial Towel & Uniform<br>2700 South 160th Street<br>New Berlin, WI 53151 | **$1,366.49** | **$200.04** |
| 00022 | Lindenmeyr Munroe<br>PO Box 99922<br>Chicago, IL 60696-7722 | **$4,525.60** | **$662.52** |
| 00023 | Bottcher America Corp.<br>PO Box 79594<br>Baltimore, MD 21279-0594 | **$1,029.27** | **$150.67** |
| 00024 | Rickard Circular Folding Co.<br>325 N. Ashland Ave.<br>Chicago, IL 60607 | **$1,818.87** | **$266.27** |
| 00025 | Allegiance Telecom, Inc.<br>PO Box 650226<br>Dallas, TX 75265-0226 | **$3,521.23** | **$515.48** |
| 00026 | EMCO Chemical Distributors<br>Attn: Marty Locks<br>PO Box 1030<br>North Chicago, IL 60064-1030 | **$170.00** | **$24.88** |
| 00027 | Graphic Ink Systems, Inc.<br>PO Box 218<br>Bristol, WI 53104 | **$421.74** | **$61.75** |
| 00028 | Accu-Chem, Inc.<br>901 Greenleaf Ave.<br>Elk Grove Village, IL 60007 | **$265.55** | **$38.88** |
| 00030 | Environmental Specialties Inc.<br>1621 West Carrol<br>Chicago, IL 60612 | **$5,244.60** | **$767.78** |
| 00031 | Gaw-O'hara Envelope Co.<br>500 N. Sacramento Blvd.<br>Chicago, IL 60612 | **$578.35** | **$84.67** |
| 00032 | Olympic Bindery<br>568 Spring Road, #B<br>Elmhurst, IL 60126 | **$9,097.96** | **$1,331.89** |
| 00033 | Midland Paper Co.<br>1140 Paysphere Circle | **$37,785.18** | **$5,531.52** |

| | | | |
|---|---|---:|---:|
| | Chicago, IL 60674 | | |
| 00034 | Letterhead Press, Inc.<br>16800 W. Ryerson Road<br>New Berlin, WI 53151 | **$19,765.60** | **$2,893.57** |
| 00035 | JM&M Services, Inc.<br>371 Meyer Road<br>Bensenville, IL 60106 | **$2,185.30** | **$319.92** |
| 00036 | Delta Press, Inc.<br>3550 N. Lombard<br>Franklin Park, IL 60131 | **$3,487.00** | **$510.48** |
| 00037 | Waste Management RMC<br>2421 W. Peoria Ave.<br>Phoenix, AZ 85029 | **$1,356.10** | **$198.53** |
| 00038 | R H Donnelley<br>5000 College Blvd.<br>Ste. 201<br>Overland Park, KS 66211 | **$784.17** | **$114.80** |
| 00039 | Enovations Graphics Sys.<br>123 West Airport Rd.<br>Attn:  Bonnie Frommeyer<br>Lititz, PA 17543 | **$15,253.44** | **$2,233.02** |
| 00040 | Class Transportation<br>PO Box 323<br>Plainfield, IL 60544 | **$265.33** | **$38.85** |
| 00041 | Service Web Offset Corp.<br>2500 South Dearborn St.<br>Chicago, IL 60657 | **$21,167.24** | **$3,098.76** |
| 00042 | Grey Fox Metro Express<br>52 S. Meyer Ct.<br>Des Plaines, IL 60016 | **$7,944.50** | **$1,163.03** |
| 00043 | Brilliant Color Corp.<br>14047 Petronella Dr.<br>No. 202B<br>Libertyville, IL 60048 | **$34,227.00** | **$5,010.63** |
| 00044 | Setpoint Graphics, Inc.<br>c/o Jeffrey B. Rose<br>Tishler & Wald, Ltd.<br>200 S. Wacker Dr., Ste. 2600<br>Chicago, IL 60606 | **$13,766.65** | **$2,015.36** |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:
**To abandon cubicles previously abandoned by Debtor ($1,000), small items of equipment previously abandoned by Debtor (0), and the balance of the uncollected accounts receivable.**

Dated: April 19, 2007                                                                              For the Court,

                                                          By:    KENNETH S GARDNER
                                                                 Kenneth S Gardner
                                                                 Clerk of the U.S. Bankruptcy Court
                                                                 219 S. Dearborn St., 7th Floor
                                                                 Chicago, Illinois 60604

Daniel Hoseman
PO Box 279
Highland Park, IL 60035
millnotice/kz/12-5-06