IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN BANKRUPTCY |
| | ) | |
| MILLENNIUM GRAPHICS, INC., | ) | Case No. 04 B 15996 |
| | ) | |
| Debtors. | ) | Judge John H. Squires |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING
ON APPLICATIONS FOR COMPENSATION, AND HEARING
<u>ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE</u>**

To:  See Attached Service List

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

    At: US Bankruptcy Court, 219 S Dearborn, Courtroom 680, Chicago, IL 60604

    On:  May 22, 2007                    Time: 10:00 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $95,528.48 |
    | Disbursements | $25,991.02 |
    | Net Cash Available for Distribution | $69,537.46 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicants | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| **Daniel Hoseman, Trustee** | $6,040.37 | $1,986.09 | $80.09 |
| **Steven R. Radtke**<br>  Attorneys for Trustee | $5,780.00 | $8,050.00 | $79.44 |
| **CBIZ Accounting, Tax & Advisory Services** | $2,505.65 | $4,095.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid $ | Fees Now Requested $ | Expenses $ |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0%.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling **$377,384.64** have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be **14.63939%.**

Allowed general unsecured claims are as follows:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 00001 | Montgomery Ward LLC<br>c/o ASK Financial<br>2600 Eagan Wood Dr; Ste. 220<br>Eagan, MN 55121 | **$100,000.00** | **$14,639.39** |
| 00002 | A.B. Dick Company<br>7400 Caldwell Ave<br>Niles, IL 60714 | **$4,950.81** | **$724.77** |
| 00003 | Standard Cartage Company<br>2400 S. 27th Avenue<br>Broadview, IL 60155 | **$700.00** | **$102.48** |
| 00004 | Champion Transportation Srvs.<br>200 Champion Way<br>Northlake, IL 60164 | **$1,896.68** | **$277.66** |
| 00005 | Professional Graphics<br>4404 Boeing Drive<br>Rockford, IL 61109 | **$796.00** | **$116.53** |
| 00006 | Service Envelop Corp.<br>1925 Holste<br>Northbrook, IL 60062 | **$2,218.34** | **$324.75** |
| 00007 | Toyo Ink America<br>PO Box 94006 | **$26,105.17** | **$3,821.64** |

|       |                                                                                      |            |            |
|-------|--------------------------------------------------------------------------------------|------------|------------|
|       | Chicago, IL 60690                                                                    |            |            |
| 00008 | Intra Cut Diecutting<br>5559 N. Northwest Highway<br>Chicago, IL 60630               | **$4,778.14** | **$699.49** |
| 00009 | Platinum Converting<br>263 Richert Road<br>Wood Dale, IL 60191                       | **$8,175.00** | **$1,196.77** |
| 00010 | Uline<br>2200 S. Lakeside Drive<br>Waukeegan, IL 60085                               | **$2,092.93** | **$306.39** |
| 00011 | Case Paper Co., Inc.<br>900 W. 45th Street<br>Chicago, IL 60609                      | **$2,544.08** | **$372.44** |
| 0012  | Quality Fold, Ltd.<br>1560 Howard Street<br>Elk Grove Village, IL 60007              | **$600.00** | **$87.84** |
| 00013 | Master-Brew Beverages, Inc.<br>PO Box 1508<br>Northbrook, IL 60065-1508              | **$158.25** | **$23.16** |
| 00014 | Kohl & Madden Printing Inck<br>Sun Chemical<br>222 Bridge Plaza South<br>Fort Lee, NJ 07024 | **$1,385.44** | **$202.81** |
| 00015 | Graphic Registration Sys.<br>309 Cary Point Dr., Unit C<br>Cary, IL 60013-2974       | **$1,147.01** | **$167.91** |
| 00016 | TriComm Business Products<br>1604 Barclay Blvd.<br>Buffalo Grove, IL 60089           | **$365.27** | **$53.47** |
| 00017 | Tompkins Printing Equipment<br>5050 N. Rose Street<br>Schiller Park, IL 60176        | **$5,710.50** | **$835.98** |
| 00018 | Creative Lithocraft<br>1730 Wright Blvd.<br>Schaumburg, IL 60193                     | **$1,235.85** | **$180.92** |
| 00019 | Pro-Line Door Systems<br>716 N. Edgewood Ave.<br>Wood Dale, IL 60191                 | **$1,936.42** | **$283.48** |

| | | | |
|---|---|---|---|
| 00020 | Sabin Robbins Paper Co.<br>PO Box 630243<br>Cinncinnati, OH 45263 | **$24,561.58** | **$3,595.66** |
| 00021 | Industrial Towel & Uniform<br>2700 South 160th Street<br>New Berlin, WI 53151 | **$1,366.49** | **$200.04** |
| 00022 | Lindenmeyr Munroe<br>PO Box 99922<br>Chicago, IL 60696-7722 | **$4,525.60** | **$662.52** |
| 00023 | Bottcher America Corp.<br>PO Box 79594<br>Baltimore, MD 21279-0594 | **$1,029.27** | **$150.67** |
| 00024 | Rickard Circular Folding Co.<br>325 N. Ashland Ave.<br>Chicago, IL 60607 | **$1,818.87** | **$266.27** |
| 00025 | Allegiance Telecom, Inc.<br>PO Box 650226<br>Dallas, TX 75265-0226 | **$3,521.23** | **$515.48** |
| 00026 | EMCO Chemical Distributors<br>Attn:  Marty Locks<br>PO Box 1030<br>North Chicago, IL 60064-1030 | **$170.00** | **$24.88** |
| 00027 | Graphic Ink Systems, Inc.<br>PO Box 218<br>Bristol, WI 53104 | **$421.74** | **$61.75** |
| 00028 | Accu-Chem, Inc.<br>901 Greenleaf Ave.<br>Elk Grove Village, IL 60007 | **$265.55** | **$38.88** |
| 00030 | Environmental Specialties Inc.<br>1621 West Carrol<br>Chicago, IL 60612 | **$5,244.60** | **$767.78** |
| 00031 | Gaw-O'hara Envelope Co.<br>500 N. Sacramento Blvd.<br>Chicago, IL 60612 | **$578.35** | **$84.67** |
| 00032 | Olympic Bindery<br>568 Spring Road, #B<br>Elmhurst, IL 60126 | **$9,097.96** | **$1,331.89** |
| 00033 | Midland Paper Co.<br>1140 Paysphere Circle | **$37,785.18** | **$5,531.52** |

|       |                                                                                              |             |            |
|-------|----------------------------------------------------------------------------------------------|-------------|------------|
|       | Chicago, IL 60674                                                                            |             |            |
| 00034 | Letterhead Press, Inc.<br>16800 W. Ryerson Road<br>New Berlin, WI 53151                      | **$19,765.60** | **$2,893.57** |
| 00035 | JM&M Services, Inc.<br>371 Meyer Road<br>Bensenville, IL 60106                               | **$2,185.30**  | **$319.92**   |
| 00036 | Delta Press, Inc.<br>3550 N. Lombard<br>Franklin Park, IL 60131                              | **$3,487.00**  | **$510.48**   |
| 00037 | Waste Management RMC<br>2421 W. Peoria Ave.<br>Phoenix, AZ 85029                             | **$1,356.10**  | **$198.53**   |
| 00038 | R H Donnelley<br>5000 College Blvd.<br>Ste. 201<br>Overland Park, KS 66211                   | **$784.17**    | **$114.80**   |
| 00039 | Enovations Graphics Sys.<br>123 West Airport Rd.<br>Attn: Bonnie Frommeyer<br>Lititz, PA 17543 | **$15,253.44** | **$2,233.02** |
| 00040 | Class Transportation<br>PO Box 323<br>Plainfield, IL 60544                                   | **$265.33**    | **$38.85**    |
| 00041 | Service Web Offset Corp.<br>2500 South Dearborn St.<br>Chicago, IL 60657                     | **$21,167.24** | **$3,098.76** |
| 00042 | Grey Fox Metro Express<br>52 S. Meyer Ct.<br>Des Plaines, IL 60016                           | **$7,944.50**  | **$1,163.03** |
| 00043 | Brilliant Color Corp.<br>14047 Petronella Dr.<br>No. 202B<br>Libertyville, IL 60048          | **$34,227.00** | **$5,010.63** |
| 00044 | Setpoint Graphics, Inc.<br>c/o Jeffrey B. Rose<br>Tishler & Wald, Ltd.<br>200 S. Wacker Dr., Ste. 2600<br>Chicago, IL 60606 | **$13,766.65** | **$2,015.36** |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:
**To abandon cubicles previously abandoned by Debtor ($1,000), small items of equipment previously abandoned by Debtor (0), and the balance of the uncollected accounts receivable.**

Dated:  <u>April 19, 2007</u>                                                                                      For the Court,


                                                          By:        <u>KENNETH S GARDNER</u>
                                                                          Kenneth S Gardner
                                                                          Clerk of the U.S. Bankruptcy Court
                                                                          219 S. Dearborn St., 7th Floor
                                                                          Chicago, Illinois 60604

Daniel Hoseman
PO Box 279
Highland Park, IL 60035
millnotice/kz/12-5-06

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

Case 04-15996   Doc 63   Filed 04/19/07   Entered 04/21/07 23:32:19   Desc Imaged
Certificate of Service   Page 8 of 9

# CERTIFICATE OF SERVICE

```
District/off: 0752-1                  User: amcc7                   Page 1 of 2                    Date Rcvd: Apr 19, 2007
Case: 04-15996                        Form ID: pdf002               Total Served: 118

The following entities were served by first class mail on Apr 21, 2007.
db          +Millennium Graphics, Inc.,   3453 West Commercial Avenue,   Northbrook, IL 60062-1818
aty         +Brian Ira Tanenbaum,   The Law Offices Of Brian Tanenbaum,   56 South Grove Avenue,
              Elgin, IL 60120-6404
aty         +Bruce L Wald,   Tishler & Wald Ltd,   200 S Wacker Dr,   Suite 3000,   Chicago, IL 60606-5815
aty         +Chill Chill & Radtke,   Chill Chill & Radtke,   100 W Monroe Ste 905,   Chicago, IL 60603-1952
aty         +Jeffrey B Rose,   Tishler & Wald   Ltd,   200 S  Wacker Drive,   Suite 3000,
              Chicago, IL 60606-5815
aty         +Lawrence R Drumm,   Tishler & Wald, LTD,   200 S Wacker Drive Suite 3000,   Chicago, IL 60606-5815
aty         +Michael Baim,   Michael Baim,   120 W Madison Street Suite 1214,   Chicago, IL 60602-4142
aty         +Steven R Radtke,   Chill Chill & Radtke P C,   79 W. Monroe Street,   Suite 1305,
              Chicago, IL 60603-4925
tr          +Daniel Hoseman,   PO Box 279,   Highland Park, IL 60035-0279
op          +Andrea Schlack,   5415 N Sheridan Rd Apt 1807,   Chicago, IL 60640-1934
ptcrd       +Brilliant Color Corporation,   14044 West Petronella Drive,   Libertyville, IL 60048-9656
ptcrd       +Toyo Ink America, LLC,   710 West Belden,   Addison, IL 60101-4936
8177321     +A-Korn Roller, Inc.,   3545 South Morgan Street,   Chicago, IL 60609-1590
8177322     +A.B. Dick Company,   7400 Caldwell Ave,   Niles, IL 60714-3806
8177323      Accu-Chem, Inc.,   901 Greenleaf Avenue,   Elk Grove Village, IL  60007-5010
8177324      All Pro Transportation,   PO Box 614,   Crystal Lake, IL  60039-0614
8177325     +All Star Messenger & Trucking,   PO Box 66333 AMF O'Hare Field,   Chicago, IL 60666-0333
8177326      Allegiance Telecom, Inc.,   PO Box 650226,   Dallas, TX  75265-0226
8177327      Ameritech/SBC,   Bill Payment Center,   Chicago, IL  60663-0001
8177328      Bottcher America Corporation,   PO Box 79594,   Baltimore, MD  21279-0594
8177329     +Bradner Smith & Company,   2300 Arthur Avenue,   Elk Grove Village, IL 60007-6015
8177330     +Brilliant Color Corporation,   14047 Petronella Dr., No. 202B,   Libertyville, IL 60048-9429
8177331     +Case Paper Company, Inc.,   900 W. 45th Street,   Chicago, IL 60609-3346
8177332     +Certified Fire Equipment,   37800 U.S. Highway 45,   Old Mill, IL 60083-9701
8177333     +Champion Transportation Services,   200 Champion Way,   Northlake, IL 60164-1682
8177334     +Charrette LLC,   PO Box 14355,   Cincinnati, OH 45250-0355
8177335     +Chicago Building VinGarT,   C.O. CBM ,  PO Box 61,   Prospect Heights, IL 60070-0061
8177336     +Chicago Laminating, Inc.,   125 Weiler Road,   Arlington Heights, IL 60005-4825
8177337     +Cintas #22,   1025 National Parkway,   Schaumburg, IL 60173-5620
8177338     +Class Transportation,   PO Box 323,   Plainfield, IL 60544-0323
8177339     +Creative Lithocraft,   1730 Wright Blvd,   Schaumburg, IL 60193-4514
8177343     +DRW Press Services,   823 Somerset Circle,   Hanover Park, IL 60133-2722
8177341     +DeMarco, Kinnaman, Lewis &,   250 Parkway Drive, Suite 110,   Lincolnshire, IL 60069-4340
8177340     +Delta Press, Inc.,   3550 N. Lombard,   Franklin Park, IL 60131-2057
8177342     +Dreisilker Electric Motors,   75 Remittance Drive, Suite 1028,   Chicago, IL 60675-1028
8177346     +EMCO Chemical Distributors,   Attn: Marty Locks,   P O Box 1030,   North Chicago, IL 60064-8030
8177345     +Echo Graphics, Inc.,   340 South Lageschulte Street,   Barrington, IL 60010-4117
8643988     +Enovations Graphic Systems,   123 West Airport Road,   Attn: Bonnie Frommeyer,
              Lititz, PA 17543-9260
8177347     +Enovations Graphic Systems,   Dept CH 10764,   Palatine, IL 60055-0001
8177348     +Environmental Specialties, Inc.,   1621 West Carrol,   Chicago, IL 60612-2501
8177349     +Excellent Bindery,   674 County Line Road,   Bensenville, IL 60106-3260
8177350     +Express Trailer, Inc.,   PO Box 8277,   Bartlett, IL 60103-8277
8177351      Four Boys Labor Service,   5018 W. Fullerton Avenue,   Chicago, IL  60639-2414
8177352     +Gaw-O'hara Envelope Co.,   500 North Sacramento Blvd,   Chicago, IL 60612-1000
8177353      Grafsolve,   PO Box 1185,   Northbrook, IL  60065-1185
8177354     +Graphic Ink Systems, Inc.,   PO Box 218,   Bristol, WI 53104-0218
8177355     +Graphic Registration Systems,   309 Cary Point Drive, Unit C,   Cary, IL 60013-2901
8177356     +Grey Fox Metro Express,   52 South Meyer Court,   Des Plaines, IL 60016-2246
8177357      Heidelberg USA, Inc.,   1000 Gutenberg Drive NW,   Kennesaw, GA  30144-7028
8177358      Hinckley Spring Water Company,   PO Box 1888,   Bedford Park, IL  60499-1888
8177359     +Illinois Manufacturers,   1633 Central Street,   Evanston, IL 60201-1505
8177360     +Illinois Trade Association,   7449 N. Natchez Avenue,   Niles, IL 60714-3801
8177361     +Industrial Towel & Uniform,   2700 South 160th Street,   New Berlin, WI 53151-3600
8177362     +Intra Cut Diecutting,   5559 N. Northwest Highway,   Chicago, IL 60630-1130
8177363     +J.F. Wagner Printing Company,   650 Anthony Trail, Unit C,   Northbrook, IL 60062-2512
8177365     +JM & M Services, Inc.,   371 Meyer Road,   Bensenville, IL 60106-1608
8177364     +Jack's Ace Hardware,   3101 Dundee Road,   Norhtbrook, IL 60062-2402
8177366     +Jorson & Carlson Co., Inc.,   150 Pratt Blvd, PO Box 796,   Elk Grove Village, IL 60009-0796
8177367     +KBM Industrial, Inc.,   818 Westwood Avenue,   Addison, IL 60101-4945
8177368     +Kelstar International,   PO Box 828779,   Philadelphia, PA 19182-0001
8177369     +Kerry Cartage,   PO Box 46257,   Chicago, IL 60646-0257
8177370     +Koconis Industries, LLC,   12600 W. Burleigh Road,   Brookfield, IL  53005-3192
8177371     +Kohl & Madden Printing Ink -Sun Chemical,   222 Bridge Plaza South,   Fort Lee, NJ 07024-5712
8177372      Lake County Material Handling,   PO Box 4240, Drawer A,   Carol Stream, IL  60197-4240
8177373     +Letterhead Press, Inc.,   16800 W. Ryerson Road,   New Berlin, WI 53151-3522
8177374      Lindenmeyr Munroe,   PO Box 99922,   Chicago, IL  60696-7722
8177377      MCI,   PO Box 856053,   Louisville, KY  40285-6053
8177375     +Marketing IV Inc.,   398 W. Wrightwood,   Elhurst, IL 60126-1039
8177376      Master-Brew Beverages, Inc.,   PO Box 1508,   Northbrook, IL  60065-1508
8177378     +Metro Recycling Service,   4340 Cross Street,   Downers Grove, IL 60515-1715
8177379     +Midland Paper Company,   1140 Paysphere Circle,   Chicago, IL 60674-0011
8067955     +Montgomery Ward LLC,   c/o ASK Financial,   2600 Eagan Woods Drive,   Ste 220,
              Eagan, MN 55121-1152
8177380     +Moonlight Graphics,   1175 Frontenac Road,   Naperville, IL 60563-1748
8177381     +Morgan Birge & Associates, Inc.,   119 W. Hubbard Street, 4th Floor,   Chicago, IL 60610-7579
8177382     +Network Distribution International,   75 E. Wacker Drive, Suite 320,   Chicago, IL 60601-3740
8177383     +North Shore Printing Equipment,   7144 North Harlem Avenue, Suite 179,   Chicago, IL 60631-1005
8177384      Office Max,   PO Box 9020,   Des Moines, IA  50368-9020
8177385      Olympic Bindery,   568 Spring Road, Suite B,   Elmhurst, IL  60126-3896
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Apr 19, 2007
Case: 04-15996                Form ID: pdf002          Total Served: 118

8177386     +Olympic Logistic Services,    310 S. County Farm Road, Suite E,    Wheaton, IL 60187-2409
8177387      Pamco Printed Tape And Label Co., Inc.,    2200 S. Wolf Road,    Des Plaines, IL  60018-1934
8177388      Peoples Energy Services Corp,    135 South LaSalle, Dept 8752,    Chicago, IL  60674-8752
8177389     +Platinum Converting,    263 Richert Road,    Wood Dale, IL 60191-1205
8177390     +PressSense, Inc.,    PO Box 725,    Lemont, IL 60439-7025
8177391      Printers' Service,    PO Box 5120,    Newark, NJ  07105-5120
8177392      Printing Industry Of IL/IN Asn.,    PO Box 88638,    Chicago, IL  60680-1638
8177393     +Pro-Line Door Systems,    716 N. Edgewood Ave,    Wood Dale, IL 60191-1259
8177394     +Professional Graphics,    4404 Boeing Drive,    Rockford, IL 61109-2931
8177395     +Quality Fold Ltd.,    1560 Howard Street,    Elk Grove Village, IL 60007-2216
8626118     +R H Donnelley,    5000 College Blvd,    Ste 201,    Overland Park, KS 66211-1793
8177396     +Rickard Circular Folding Co.,    325 N. Ashland Avenue,    Chicago, IL 60607-1077
8177397      Roadway Express,    PO Box 471,    Akron, OH  44309-0471
8177398     +RotaDyne/Rodel,    4220 Courtney Street,    Franksville, WI 53126-9795
8177399     +Ryno Express, Inc.,    PO Box 291,    Island Lake, IL 60042-0291
8177400     +Sabin Robbins Paper Company,    PO Box 630243,    Cincinnati, OH 45263-0243
8177401     +Schaul's Premium Food Company,    7136 W Touhy Ave,    Niles, IL 60714-4526
8177402     +Service Envelop Corp.,    1925 Holste,    Northbrook, IL 60062-7704
8177403     +Service Web Offset Corporation,    2500 South Dearborn Street,    Chicago, IL 60616-2299
8177404     +SetPoint Graphics, Inc.,    3012 Commercial Ave.,    Northbrook, IL 60062-1913
8754906     +Setpoint Graphics Inc,    c/o Jeffrey B Rose,    Tishler & Wald Ltd,    200 S Wacker Drive Suite 2600,
              Chicago, IL 60606-5807
8177405     +Specialties Binding,    1100 Touhy Avenue,    Elk Grove Village, IL 60007-4924
8177406     +Sprint Electrical Service, Inc.,    1575 Jarvis Avenue,    Elk Grove Village, IL 60007-2401
8177407     +Standard Cartage Company,    2400 S. 27th Avenue,    Broadview, IL 60155-3853
8917477     +Stanley Fastening,    480 Myrtle Street,    New Britain, CT 06053-4050
8177408     +Stanley Fastening,    PO Box 371929,    Pittsburgh, PA 15251-7929
11155762    +Sun Chemical Business Services,    c/o John G. Balonier,    5000 Spring Grove Avenue,
              Cincinnati, OH 45232-1926
8177409     +Superior Industrial Supply Co.,    7300 Oak Park Avenue,    Niles, IL 60714-3816
8177410     +T.A.P. Trucking Inc.,    PO Box 337,    Addison, IL 60101-0337
8177411     +The Private Bank And Trust Company,    920 South Waukeegan Road,    Lake Forest, IL 60045-2694
8177412     +Tompkins Printing Equipment,    5050 N. Rose Street,    Schiller Park, IL 60176-1087
8177413     +Toyo Ink America,    PO Box 94006,    Chicago, IL 60690-4006
8177414     +TriComm Business Products,    1604 Barclay Blvd.,    Buffalo Grove, IL 60089-4523
8177415     +Uline,    2200 S. Lakeside Drive,    Waukeegan,,    IL 60085-8311
8177416     +Unisource Great Lakes,    600 South 7th Street,    Louisville, KY 40203-1968
8177417      Village Of Northbrook,    1225 Cedar Lane,    Northbrook, IL  60062-4582
8177418      W.W. Grainger, Inc.,    Dept 136,    Palatine, IL  60038-0001
8177419     +Waste Management RMC,    2421 W Peoria Ave,    Phoenix, AZ 85029-4944
8177420     +Zep Manufacturing Company,    Dept CH10697,    Palatine, IL 60055-0001
8177344      e.Doc Solutions,    Department 20-3022,    PO Box 5977,    Carol Stream, IL  60197-5977

The following entities were served by electronic transmission on Apr 20, 2007.
8177326      E-mail/Text: brad.lee@xo.com                              Allegiance Telecom, Inc.,    PO Box 650226,
              Dallas, TX  75265-0226
                                                                                                 TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Steven R Radtke
ptcrd*      +Setpoint Graphics, Inc.,    3012 Commercial Avenue,    Northbrook, IL 60062-1913
                                                                                                TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 21, 2007**                    **Signature:**    _Joseph Speetjens_