FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Millennium Graphics, Inc., | ) | Hon. John H. Squires |
| | ) | |
| Debtor. | ) | Case No. 04-15996 |

**Trustee's Final Account
and
Application to Close Case and Discharge Trustee**

To:   The Honorable John H. Squires
      United States Bankruptcy Judge

Final distribution of all monies has been made in accordance with the Orders Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Exhibit A and Exhibit B, respectively.

All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth in Form 2 Report attached hereto as Exhibit C. Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.

Dated:    December 18,  2007

                                    /s/ Daniel Hoseman
                                         **Trustee**

milltrfa

**EXHIBIT A**

**COMPENSATION ORDERS**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN BANKRUPTCY |
| | ) | |
| MILLENNIUM GRAPHICS, INC., | ) | Case No. 04 B 15996 |
| | ) | |
| Debtors. | ) | Judge John H. Squires |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the First and Final Application for Allowance of
Compensation and Reimbursement of Expenses to the Trustee's Attorneys, notice having been
given and the Court being duly advised:

IT IS HEREBY ORDERED that the request for compensation and expenses are allowed
as follows

1.   Attorneys for the Trustee

   a   Compensation                    $8,050.00

   b.   Expenses                       $  79.44

### TOTAL $8,129.44

IT IS FURTHER ORDERED that the Trustee is authorized to pay the allowances listed
above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day
of _____, 200__.

**MAY 2 2 2007**

ENTERED:

UNITED STATES BANKRUPTCY JUDGE

*SUBMITTED AND PREPARED BY:*

STEVEN R. RADTKE
CHILL, CHILL & RADTKE, P.C.
Attorneys for Trustee
79 West Monroe Street, Suite 1305
Chicago, IL 60603
(312) 346-1935
ARDC 03124816

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:                    )        IN BANKRUPTCY
                                     )        Judge John H. Squires
MILLENNIUM GRAPHICS, INC.,           )
                                     )
            Debtor.                  )        Case No. 04 B 15996

## ORDER TO PAY ACCOUNTING FEES

THIS CAUSE COMING ON TO BE HEARD on the Second and Final Application to Pay
Fees to CBIZ ACCOUNTING, TAX & ADVISORY SERVICES, for accounting services, and the
Court being fully advised in the premises,

IT IS HEREBY ORDERED that Daniel Hoseman, Trustee, is authorized and directed to
pay to CBIZ ACCOUNTING, TAX & ADVISORY SERVICES the sum of $4,095.00.

DATED AT: Chicago, Illinois
the _____ day of _____, 2006.

                                              ENTER:

            MAY 2 2 2007

                                              _____
                                              Bankruptcy Judge

PREPARED AND SUBMITTED BY:

STEVEN R. RADTKE
CHILL, CHILL & RADTKE, P.C.
Attorneys for Trustee
79 West Monroe Street, Suite 1305
Chicago, IL 60603
(312) 346-1935
ARDC: 03124816

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN BANKRUPTCY |
| | ) | |
| MILLENNIUM GRAPHICS, INC., | ) | Case No. 04 B 15996 |
| | ) | |
| Debtors. | ) | Judge John H. Squires |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's Application for Compensation and
Expenses, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final request for the allowance of fees and
expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's Compensation | $1,986.09 |
| 2. | Trustee's expenses | $   80.09 |
| | **TOTAL** | **$2,066.18** |

IT IS FURTHER ORDERED that the Trustee is authorized to pay the allowances listed
above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day
of _____, 200___.

ENTERED:

**MAY 2 2 2007**

UNITED STATES BANKRUPTCY JUDGE

*SUBMITTED AND PREPARED BY:*

STEVEN R. RADTKE
CHILL, CHILL & RADTKE, P.C.
Attorneys for Trustee
79 West Monroe Street, Suite 1305
Chicago, IL 60603
(312) 346-1935
ARDC: 03124816

**EXHIBIT B**

**DISTRIBUTION REPORT**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| MILLENNIUM GRAPHICS, INC., | ) | Case No. 04 - 15996 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

### Trustee's Final Distribution Report

I, DANIEL HOSEMAN, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review, I propose to make the following distribution:

#### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $14,290.62 |
| Chapter 11 Administrative Expenses: | $0 |
| Priority Claims (507)(a)(3)-(a)(6): | $0 |
| Secured Tax Liens: | $0 |
| Priority Tax Claims | $0 |
| General Unsecured Claims: | $55,246.84 |
| Other: | $0 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$69,537.46** |

## DISTRIBUTION REPORT

DISTRIBUTION REPORT

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fee pursuant to 28 U.S.C. 1930(6)) | $14,290.62 | 100% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 0 | DANIEL HOSEMAN, TRUSTEE 77 W. Washington Street Suite 1220 Chicago, IL 60602 | $2,066.18 | $2,066.18 |
| 0 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, PC 79 W. Monroe Street, #1305 Chicago, IL 60603 | $8,129.44 | $8,129.44 |
| 0 | CBIZ Accounting, Tax & Advisory Services One South Wacker Dr. #1800 Chicago, IL 60606 | $4,095.00 | $4,095.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | NONE | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

DISTRIBUTION REPORT

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap Claims arising in involuntary cases and allowed pursuant to §502(f) | NONE | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $2,000 | ·NONE | |

| NUMBER | CREDITOR | FICA & MED WITHHELD (7.65%) | FED. TAX WITHHELD (28.0%) | IL TAX WITHHELD (3.0%) | NET CHECK |
|---|---|---|---|---|---|

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Plans | NONE | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $2,000 | NONE | |

DISTRIBUTION REPORT                                                    PAGE 3 of 10

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|

§507(a)(6) - Deposits
by consumers to the extent
of $1,800

NONE

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|

§507(a)(7) - Alimony,
Maintenance or Support

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|

§724(b)Tax Liens
§507(a)(8) - Tax claims
excluding fines and penalties

None                                                                      0%

DISTRIBUTION REPORT                                              PAGE 4 of 10

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Capital Commitments to FDIC, et al. | NONE | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full | $377,384.64 | 14.63939% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 00001 | Montgomery Ward LLC c/o ASK Financial 2600 Eagan Wood Dr; Ste. 220 Eagan, MN 55121 | $100,000.00 | $14,639.39 |
| 00002 | A.B. Dick Company 7400 Caldwell Ave Niles, IL 60714 | $4,950.81 | $724.77 |

## DISTRIBUTION REPORT

| | | | |
|---|---|---|---|
| 00003 | Standard Cartage Company<br>2400 S. 27th Avenue<br>Broadview, IL 60155 | $700.00 | $102.48 |
| 00004 | Champion Transportation Srvs.<br>200 Champion Way<br>Northlake, IL 60164 | $1,896.68 | $277.66 |
| 00005 | Professional Graphics<br>4404 Boeing Drive<br>Rockford, IL 61109 | $796.00 | $116.53 |
| 00006 | Service Envelop Corp.<br>1925 Holste<br>Northbrook, IL 60062 | $2,218.34 | $324.75 |
| 00007 | Toyo Ink America<br>PO Box 94006<br>Chicago, IL 60690 | $26,105.17 | $3,821.64 |
| 00008 | Intra Cut Diecutting<br>5559 N. Northwest Highway<br>Chicago, IL 60630 | $4,778.14 | $699.49 |
| 00009 | Platinum Converting<br>263 Richert Road<br>Wood Dale, IL 60191 | $8,175.00 | $1,196.77 |
| 00010 | Uline<br>2200 S. Lakeside Drive<br>Waukeegan, IL 60085 | $2,092.93 | $306.39 |
| 00011 | Case Paper Co., Inc.<br>900 W. 45th Street<br>Chicago, IL 60609 | $2,544.08 | $372.44 |
| 0012 | Quality Fold, Ltd.<br>1560 Howard Street<br>Elk Grove Village, IL 60007 | $600.00 | $87.84 |
| 00013 | Master-Brew Beverages, Inc.<br>PO Box 1508<br>Northbrook, IL 60065-1508 | $158.25 | $23.16 |

DISTRIBUTION REPORT

| | | | |
|---|---|---|---|
| 00014 | Kohl & Madden Printing Inck<br>Sun Chemical<br>222 Bridge Plaza South<br>Fort Lee, NJ 07024 | $1,385.44 | $202.81 |
| 00015 | Graphic Registration Sys.<br>309 Cary Point Dr., Unit C<br>Cary, IL 60013-2974 | $1,147.01 | $167.91 |
| 00016 | TriComm Business Products<br>1604 Barclay Blvd.<br>Buffalo Grove, IL 60089 | $365.27 | $53.47 |
| 00017 | Tompkins Printing Equipment<br>5050 N. Rose Street<br>Schiller Park, IL 60176 | $5,710.50 | $835.98 |
| 00018 | Creative Lithocraft<br>1730 Wright Blvd.<br>Schaumburg, IL 60193 | $1,235.85 | $180.92 |
| 00019 | Pro-Line Door Systems<br>716 N. Edgewood Ave.<br>Wood Dale, IL 60191 | $1,936.42 | $283.48 |
| 00020 | Sabin Robbins Paper Co.<br>PO Box 630243<br>Cinncinnati, OH 45263 | $24,561.58 | $3,595.66 |
| 00021 | Industrial Towel & Uniform<br>2700 South 160th Street<br>New Berlin, WI 53151 | $1,366.49 | $200.04 |
| 00022 | Lindenmeyr Munroe<br>PO Box 99922<br>Chicago, IL 60696-7722 | $4,525.60 | $662.52 |
| 00023 | Bottcher America Corp.<br>PO Box 79594<br>Baltimore, MD 21279-0594 | $1,029.27 | $150.67 |
| 00024 | Rickard Circular Folding Co.<br>325 N. Ashland Ave.<br>Chicago, IL 60607 | $1,818.87 | $266.27 |

DISTRIBUTION REPORT

| 00025 | Allegiance Telecom, Inc.<br>PO Box 650226<br>Dallas, TX 75265-0226 | $3,521.23 | $515.48 |
|---|---|---|---|
| 00026 | EMCO Chemical Distributors<br>Attn: Marty Locks<br>PO Box 1030<br>North Chicago, IL 60064-1030 | $170.00 | $24.88 |
| 00027 | Graphic Ink Systems, Inc.<br>PO Box 218<br>Bristol, WI 53104 | $421.74 | $61.75 |
| 00028 | Accu-Chem, Inc.<br>901 Greenleaf Ave.<br>Elk Grove Village, IL 60007 | $265.55 | $38.88 |
| 00030 | Environmental Specialties Inc.<br>1621 West Carrol<br>Chicago, IL 60612 | $5,244.60 | $767.78 |
| 00031 | Gaw-O'hara Envelope Co.<br>500 N. Sacramento Blvd.<br>Chicago, IL 60612 | $578.35 | $84.67 |
| 00032 | Olympic Bindery<br>568 Spring Road, #B<br>Elmhurst, IL 60126 | $9,097.96 | $1,331.89 |
| 00033 | Midland Paper Co.<br>1140 Paysphere Circle<br>Chicago, IL 60674 | $37,785.18 | $5,531.52 |
| 00034 | Letterhead Press, Inc.<br>16800 W. Ryerson Road<br>New Berlin, WI 53151 | $19,765.60 | $2,893.57 |
| 00035 | JM&M Services, Inc.<br>371 Meyer Road<br>Bensenville, IL 60106 | $2,185.30 | $319.92 |
| 00036 | Delta Press, Inc.<br>3550 N. Lombard<br>Franklin Park, IL 60131 | $3,487.00 | $510.48 |

| DISTRIBUTION REPORT | | | PAGE 8 of 10 |
|---|---|---|---|
| 00037 | Waste Management RMC<br>2421 W. Peoria Ave.<br>Phoenix, AZ 85029 | $1,356.10 | $198.53 |
| 00038 | R H Donnelley<br>5000 College Blvd.<br>Ste. 201<br>Overland Park, KS 66211 | $784.17 | $114.80 |
| 00039 | Enovations Graphics Sys.<br>123 West Airport Rd.<br>Attn: Bonnie Frommeyer<br>Lititz, PA 17543 | $15,253.44 | $2,233.02 |
| 00040 | Class Transportation<br>PO Box 323<br>Plainfield, IL 60544 | $265.33 | $38.85 |
| 00041 | Service Web Offset Corp.<br>2500 South Dearborn St.<br>Chicago, IL 60657 | $21,167.24 | $3,098.76 |
| 00042 | Grey Fox Metro Express<br>52 S. Meyer Ct.<br>Des Plaines, IL 60016 | $7,944.50 | $1,163.03 |
| 00043 | Brilliant Color Corp.<br>14047 Petronella Dr.<br>No. 202B<br>Libertyville, IL 60048 | $34,227.00 | $5,010.63 |
| 00044 | Setpoint Graphics, Inc.<br>c/o Jeffrey B. Rose<br>Tishler & Wald Ltd.<br>200 S. Wacker; #2600<br>Chicago, IL 60606 | $13,766.65 | $2,015.36 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $2,124.90 | $0.00 |

DISTRIBUTION REPORT

| 00045 | Chicago Laminating, Inc.<br>125 Weiler Road<br>Arlington Heights, Il 60005 | $404.60 | $0.00 |
| 00046 | Illinois Manufacturerers<br>1633 Central Street<br>Evanston, IL 60201 | $114.00 | $0.00 |
| 00047 | Schaul's Premium Food Co.<br>7136 W. Touhy Ave.<br>Niles, IL 60714 | $378.22 | $0.00 |
| 00048 | Stanley Fastening<br>480 Myrtle Street<br>New Britain, CT 06053 | $151.08 | $0.00 |
| 00049 | Graphic Registration Sys.<br>309 Cary Point Dr., Unit C<br>Cary, IL 60013-2974 | $1,077.00 | $0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|

§726(a)(4) - Fines/penalties    NONE

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|

§726(a)(5) - Interest    NONE

**DISTRIBUTION REPORT**                                                PAGE 10 of 10

| CLAIM NUMBER | CREDITOR | ALLOWED CLAIM AMOUNT OF | FINAL DIVIDEND |
|---|---|---|---|

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | NONE | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

NONE

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: December 18, 2007

/s/  Daniel Hoseman
                              Trustee

## EXHIBIT C

### FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

C/

FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 04-15996 |
|---|---|
| Case Name: | Millennium Graphics |
| Taxpayer ID #: | 36-4192948 |
| For Period Ending: | |

| Trustee Name: | D. Hoseman |
|---|---|
| Bank Name: | LaSalle |
| Checking Acc. #: | 5800683970 |
| Blanket bond (per case limit): | 5 mil |
| Separate bond (if applicable): | |

p.2

847-579-0340

| Transaction Date | Check or Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 6-24-04 | E | Zurich | insurance refund | 1229-00x | 381.36 | | 381.36 |
| 7-19-04 | F | GE Insur. | WC insurance refund | 1229-00x | 5503.06 | | 5884.42 |
| 8-16-04 | E | Zurich | insurance refund | 1229-00x | 408.00 | | 6292.42 |
| 8-23-04 | H | Citibank | credit balance | 1229-00x | 39.03 | | 6321.45 |
| 9-13-04 | B | Studiocolor | AR | 1121-00x | 747.00 | | 7078.45 |
| 9-21-04 | B | Motion Ind. | AR | 1121-00x | 41.82 | | 7120.27 |
| 2-22-05 | 1001 | Int. Surities | trustee bond | 2300-00x | | 52.00 | 7068.27 |
| 4-7-05 | | TRANSFER FROM MONEY MARKET | | 9999-000 | 5000.00(T) | | 12058.27 |
| 4-8-05 | 1002 | Chill&Radtke | attorneys fees o/c | 3210-00x | | 5780.00 | 6288.27 |
| 4-8-05 | 1003 | D.Hoseman | trustee fees o/c | 2100-00x | | 6040.37 | 247.90 |
| 11-22-05 | | TRNSFER FROM MONEY MARKET | | 9999-000 | 14000.00(T) | | 14247.90 |
| 11-23-05 | 1004 | ChaetKaplan | atty fees o/c | 3210-00x | | 8750.00 | 5497.90 |
| 11-23-05 | 1005 | A.Schlack | collection fee o/c | 2500-00x | | 2800.00 | 2697.90 |
| 12-8-05 | 1006 | CBIZ acc't | accounting fees o/c | 3410-00x | | 2505.65 | 192.25 |
| 12-16-05 | B | CRKB | AR | 1121-00x | 700.80 | | 893.05 |
| 2-22-06 | 1007 | Int Sureties | trustee bond | 2300-00x | | 63.00 | 830.05 |
| 3-16-07 | | TRANSFER FROM MCD | | 9999-000 | 68707.21(T) | | 69537.46 |
| 5-24-07 | 1008 | D.Horeman | Trustee Fees + costs d/c | 2100-00x | | 2066.18 | 67471.28 |
| 5-24-07 | 1009 | S. Radtke | Legal Fees + costs d/c | 3210-00x | | 8129.44 | 59341.84 |
| 5-24-07 | 1010 | CBIZ | Acc't Fees d/c | 3410-00x | | 4095.00 | 55246.84 |
| 5-24-07 | 1011 | M.Ward | claim #1 | 7100-00x | | 14639.39 | 40607.45 |
| 5-24-07 | 1012 | AB dick | claim #2 | 7100-00x | | 724.77 | 39882.68 |

COLUMN TOTALS
   Less: Bank transfers/CDs
  Subtotal
   Less: Payments to debtors
  Net

Dec 14 07 01:11p    Daniel and Susan

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No. _04-15996_
Case Name: _Millennium Graphics_
Taxpayer ID #: _36-4192848_
For Period Ending: _____

Trustee Name: _D. Aseman_ _LaSalle_
Bank Name:
Checking Acct. #: _580068397O_
Blanket bond (per case limit): _5 mil._
Separate bond (if applicable): _____

| 1 Transaction Date | 2 Check or Ref. # | 3 Paid to/ Received From | 4 Description of Transaction | 5 Uniform Tran. Code | Deposit $ | 6 Disbursement $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 5-24-07 | 1013 | Steinbrecher Cord | claim #3 | 7100-004 | | 102.48 | 39780.26 |
| 5-24-07 | 1014 | Change Trans. | claim #4 | 7100-004 | | 277.66 | 39502.54 |
| 5-24-07 | 1015 | Prot. Graphics | claim #5 | 7100-004 | | 116.53 | 39886.01 |
| 5-24-07 | 1016 | Savi Envi. | claim #6 | 7100-004 | | 524.70 | 39061.26 |
| 5-24-07 | 1017 | Toyo Ink | claim #7 | 7100-004 | | 3821.64 | 35239.62 |
| 5-24-07 | 1018 | Intra Cut | claim #8 | 7100-004 | | 689.49 | 34540.13 |
| 5-24-07 | 1019 | Plot. Conv. | claim #9 | 7100-004 | | 1196.77 | 33343.36 |
| 5-24-07 | 1020 | Uline | claim #10 | 7100-004 | | 306.39 | 33036.97 |
| " | 1021 | Cole Paper | claim #11 | 7100-004 | | 372.44 | 32664.53 |
| " | 1022 | Quality Edel | claim #12 | 7100-004 | | 87.84 | 32576.69 |
| " | 1023 | Master Brew | claim #13 | 7100-004 | | 23.16 | 32553.53 |
| " | 1024 | Riehl & Mull | claim #14 | 7100-004 | | 202.81 | 32350.72 |
| " | 1025 | Graphic Res. | claim #N | 7100-004 | | 167.91 | 32182.81 |
| " | 1026 | Tri Comm | claim #16 | 7100-004 | | 53.47 | 32129.34 |
| " | 1027 | Templetal | #17 | " | | 836.98 | 31293.36 |
| " | 1028 | Creative L. | #18 | " | | 180.92 | 31112.44 |
| " | 1029 | Pro. Line | #19 | " | | 283.48 | 30828.98 |
| " | 1030 | Sabin - Rob. | #20 | " | | 3595.66 | 27233.30 |
| " | 1031 | Indi Towel | #21 | " | | 200.04 | 27033.26 |
| " | 1032 | Lindenmeyer | #22 | " | | 662.52 | 26370.74 |
| " | 1033 | Butcher | #23 | " | | 150.67 | 26220.07 |
| " | 1034 | Rickard | #24 | " | | 266.27 | 25953.80 |

COLUMN TOTALS
Less: Bank transfers/CDs
Subtotal
Less: Payments to debtors
Net

C3

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 04 15996
Case Name: Millennium Graphics
Taxpayer ID #: 36-4192948
For Period Ending:

Trustee Name: D. Aseman
Bank Name: LaJolle
Checking Acct. #: 5800683970
Blanket bond (per case limit): 5 mil
Separate bond (if applicable):

| 1 Transaction Date | 2 Check or Ref. # | 3 Paid to/ Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposit $ | 6 Disbursement $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 5-24-07 | 1035 | Allegiance | claim # 25 | 7100-00x | | 515.48 | 25478.32 |
| 5-24-07 | 1036 | GMCO | claim # 26 | 7100-00x | | 24.88 | 25413.44 |
| " | 1037 | Graphic Ink | # 27 | " | | 61.70 | 25351.69 |
| " | 1038 | Accu-Chem | # 28 | " | | 38.88 | 25312.81 |
| " | 1039 | Enviro Spec. | # 30 | " | | 767.78 | 24545.03 |
| " | 1040 | Gaver-o'hara | # 31 | " | | 84.67 | 24460.36 |
| " | 1041 | Olympic B. | # 32 | " | | 1331.89 | 23128.47 |
| " | 1042 | Midland Paper | # 33 | " | | 5531.52 | 17596.95 |
| " | 1043 | Leatherard P. | # 34 | " | | 2893.57 | 14703.38 |
| " | 1044 | J M + M | # 35 | " | | 319.92 | 14383.46 |
| " | 1045 | Delta Pies! | # 36 | " | | 510.48 | 13872.98 |
| " | 1046 | Waste Mac | # 37 | " | | 198.53 | 13674.45 |
| " | 1047 | Rit Donns | # 38 | " | | 114.80 | 13559.65 |
| " | 1048 | Enviro tml | # 39 | " | | 2233.02 | 11326.63 |
| " | 1049 | Clues Trans. | # 40 | " | | 38.85 | 11287.78 |
| " | 1050 | Service Web | # 41 | " | | 3098.76 | 8188.02 |
| " | 1051 | Grey Fox | # 42 | " | | 1162.03 | 7025.99 |
| " | 1052 | Brilliant | # 43 | " | | 5010.63 | 2015.36 |
| " | 1053 | Set Point | # 44 | " | | 2015.36 | - 0 - |
| 9-4-07 | Stop Payment on | claims # 39 and # 44 | | a | 4248.38 | | 4248.38 |
| 9-11-07 | 1054 | clerkoct | unclaimed funds | b | | 4248.38 | - 0 - |
| | | | | # | | | |

COLUMN TOTALS
Less: Bank transfers/CDs
Subtotal
Less: Payments to debtors
Net

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No. : MILLENNIUM GRAPHICS
Case Name: 04-15996
Taxpayer ID #: 36-4192948
For Period Ending:

Trustee Name: D Freeman
Bank Name: LaSalle
Initial CD #: 4812443648
Blanket bond (per case limit): 58916
Separate bond (if applicable):

| Transaction Date | Check or Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Certificate of Deposit Balance |
|---|---|---|---|---|---|---|---|
| 2-16-06 | | TRANSFER FROM SAVING | TO BUY CD | 9999-00 | (65522.48) | | 65522.48 |
| 10-16-06 | 9 | LaSalle | interest | 1270-00 | 1943.11 | | 67465.59 |
| 3-16-07 | 9 | LaSalle | interest | 1270-00 | 1241.82 | | 68707.41 |
| 3-16-07 | | TRANSFER TO CHECKING TO CLOSE CASE | | 9999-00 | | (68707.41) | - 0 - |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

COLUMN TOTALS
 Less: Bank transfers/CDs
Subtotal
 Less: Payments to debtors
Net

TOTAL - ALL ACCOUNTS

Checking #
Savings #
CD #

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |