UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MILLENNIUM GRAPHICS, INC., | ) | CASE NO. 04 B 15996 |
| | ) | |
| DEBTORS. | ) | HON. JOHN H. SQUIRES |

**NOTICE OF FILING OF U.S. TRUSTEE'S
MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT**

**To:** Daniel Hoseman
P.O. Box 279
Highland Park, IL 60035

    **Please Take Notice** that on **December 19, 2007**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final Account, a copy of which is herewith served upon you.

    The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

                                                                   WILLIAM T. NEARY
                                                                   UNITED STATES TRUSTEE

DATED: December 19, 2007          BY: /s/ Dean C. Harvalis
                                                      Dean C. Harvalis
                                                      Assistant U.S. Trustee
                                                      Attorney Id. # 03126564
                                                      OFFICE OF THE U.S. TRUSTEE
                                                      227 WEST MONROE, SUITE 3350
                                                      CHICAGO, ILLINOIS  60606
                                                      (312) 886-5783

**CERTIFICATE OF SERVICE**

    I, Dean C. Harvalis, Assistant U. S. Trustee, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on December 19, 2007.

                                                                      /s/ Dean C. Harvalis